AO 91 (Rev. 11/11) Criminal Complaint

*Felony*

# UNITED STATES DISTRICT COURT

### for the

Southern

United States District Court
Southern District of Texas
FILED

AUG 0 2 2014

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. B-14-MJ-705 |
| MORGADO-Martinez, Daniel | ) |
| CERVANTES-Rojas, Roberto | ) |
| MENDEZ-Galvan, Alexis | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 8/2/2014 _____ in the county of _____ Cameron _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and 21 U.S.C. 846 | Knowingly and intentionally possess with the intent to distribute approx. 467.2 kgs of marijuana, a schedule I controlled substance; and conspiracy to possess with intent to distribute the same approx. 467.2 kgs of marijuana. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Antonio Tamayo, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 8/2/2014 _____

_____
*Judge's signature*

City and state: Brownsville, Texas

U.S. Magistrate Judge Ronald G. Morgan
*Printed name and title*

United States
    V.
MORGADO-Martinez, Daniel
CERVANTES-Rojas, Roberto
MENDEZ-GALVAN, Alexis

ATTACHMENT A<br>(AFFIDAVIT)

On August 2, 2014, at approximately 4:25 a.m. U.S. Border Patrol Scope Truck Operator R. Guerra advised that he had visual of two subjects who appeared to be scouting the area north of the levee west of the San Benito canal. The two subjects were seen near the levee attempting to locate Agents who might be nearby. BPA R. Guerra advised shortly thereafter, that he observed ten subjects carrying large bundles, believed to be narcotics, north of the levee away from the brush on the San Benito canal.

Once these subjects had committed themselves to an open area north of the levee on the San Benito canal, Border Patrol Agent A. Bulnes along with Border Patrol Agent H. Hernandez and D. Gonzalez Jr. moved into the area. Agents managed to observe several of the subjects attempting to conceal themselves in the brush line located west of the San Benito canal as they walked north towards Military Highway 281. As responding agents approached, the subjects dropped the bundles and attempted to run into the nearby farm fields. Three subjects whom were later identified as **MORGADO-Martinez, Daniel, CERVANTES-Rojas, Roberto and MENDEZ-Galvan, Alexis** were apprehended within five minutes of dropping the suspected narcotics by Border Patrol Agent D. Gonzalez and Border Patrol Agent A. Bulnes. The above subjects were approximately ten yards away from six bundles of suspected narcotics. A fourth subject later identified as ORDONEZ-Martinez, Luis an unaccompanied juvenile, was apprehended by Border Patrol Agent Hernandez near the cotton field just west of the first apprehensions along with four bundles. A subsequent search of the surrounding area yielded negative results for any additional bundles. A total of 10 large bundles with a green leafy substance resembling marijuana wrapped in clear cellophane packaging, rope and seatbelt straps were seized. The subjects and bundles were transported to the Harlingen Border Patrol Station for processing.

On the same day, at approximately 10:00 a.m., TFO Tony Tamayo and DEA Special Agent Jon Green arrived at the Harlingen Border Patrol station to interview MORGADO-Martinez, CERVANTES-Rojas, and MENDEZ-Galvan, Alexis. MORGADO-Martinez, CERVANTES-Rojas, and MENDEZ-Galvan, Alexis were all Mirandized and all three subjects were willing to be interviewed without a lawyer present by TFO Tamayo and SA Green. During the interview, MORGADO-Martinez, CERVANTES-Rojas, and MENDEZ-Galvan, Alexis each implicated themselves about their role in carrying a bundle and smuggling marijuana into the United States. The unaccompanied juvenile, Luis ORDONEZ-Martinez was not interviewed by TFO Tamayo and SA Green.

PAGE 2 of 2

United States
            V.
MORGADO-Martinez, Daniel
CERVANTES-Rojas, Roberto
MENDEZ-GALVAN, Alexis

_____
Signature of Complainant


Sworn to before me, and subscribed in my presence,

__August 02, 2014_____    at    ___Brownsville, TX_____
Date                                                City and State


U.S. Magistrate Judge Ronald G. Morgan          _____
Name and Title of Judicial Officer               Signature of Judicial Officer